■ In the Matter of MARY P., Petitioner, v KEVIN HELFER, as Commissioner of Erie County Department of Social Services, et al., Respondents. [797 NYS2d 326]—Motion for reargument granted and, upon reargument, the memorandum and order entered April 29, 2005, is amended by changing petitioner's surname to

the initial "P." Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ. [*See* 17 AD3d 1013]